

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/03/2023
```

**MEMO ENDORSED**

**BY EMAIL**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Elias Velasquez*, 22 Cr. 572 (VEC)

Dear Judge Caproni,

The Government writes respectfully to request that the docket in the above-referenced case be unsealed, and for an initial conference to be scheduled for the week of February 13, 2023 in this violation of supervised release proceeding. The Government has conferred with defense counsel who has informed the Government that the defense consents to the unsealing. In addition, the parties would propose the following dates and times for an initial conference regarding the alleged violations.

- Monday, February 13, 2023: morning or afternoon
- Tuesday, February 14, 2023: morning or afternoon
- Thursday, February 16, 2023: afternoon

If the Court is unavailable during the times listed above, the parties can provide additional dates and times for an initial conference.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Lisa Daniels
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Defense Counsel (by email)

---

Application GRANTED.

The Clerk of Court is respectfully directed to unseal all filings in this case and to file them on the public docket.

A status conference in this matter is scheduled for **Monday, February 13, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*     02/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE