```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :     22-CR-572 (VEC)
     -against-                           :
                                         :     ORDER
ELIAS VELAZQUEZ,                         :
                                         :
                         Defendant.      :
\-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2023, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that a change of plea hearing in this matter is scheduled for **Wednesday, March 29, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 17, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**