```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,           :

                                              :          22-CR-572 (VEC)

            -against-                         :

                                              :            ORDER

  ELIAS VELAZQUEZ,                         :

                           Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 29, 2023, the parties appeared for a hearing before the Court;

        WHEREAS at the March 29, 2023 hearing, Defendant admitted to Specification Two from the Violation of Supervised Release Report; and

        WHEREAS the Court accepted Defendant's admission.

        IT IS HEREBY ORDERED that sentencing is scheduled for **Friday, April 21, 2023, at 3:00 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both parties are due on **April 12, 2023**.

**SO ORDERED.**

Date:  March 29, 2023
        New York, NY

                                                      **VALERIE CAPRONI**
                                                    **United States District Judge**