UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,                          :
                                                   :          22-CR-572 (VEC)
            -against-                              :
                                                   :          ORDER
ELIAS VELAZQUEZ,                                   :
                                                   :
                              Defendant.           :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

 WHEREAS on December 19, 2024, the parties notified the Court that Mr. Velazquez has been arrested and is scheduled for presentment before the Magistrate Judge on specifications related to alleged violations of the terms of his supervised release.

 IT IS HEREBY ORDERED that the parties must appear for an initial conference on **Friday, December 20, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **December 19, 2024**
   **New York, NY**

_____
    **VALERIE CAPRONI**
   **United States District Judge**