UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :    22-CR-572 (VEC)
         -against-                         :
                                           :    ORDER
ELIAS VELAZQUEZ,                           :
                                           :
                        Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2024, the parties appeared before the Court for arraignment and an initial conference, at which Mr. Velazquez entered a plea of not guilty to the specifications set forth in the November 7, 2024, report alleging violations of the terms of supervised release.

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Tuesday, February 25, 2025, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **December 20, 2024**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**