

**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

February 20, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Elias Velasquez*, 22 Cr. 572 (VEC)

Dear Judge Caproni,

    The Government writes respectfully to request an adjournment of the conference scheduled for February 25, 2025, in this violation of supervised release proceeding. The Government has conferred with defense counsel who has informed the Government that the defense consents to an adjournment of approximately 60 days and is available to proceed with the exception of the following dates:

- April 21, 2025
- April 28 – May 9, 2025

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Counsel of record (by ECF)

Application DENIED WITHOUT PREJUDICE to the parties renewing this request with an explanation why they believe such a significant adjournment is appropriate.

SO ORDERED.

2/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE