UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,       :
                                                                           :     22-CR-572 (VEC)
        -against-                          :
                                                                   :         <u>ORDER</u>
   ELIAS VELAZQUEZ,                     :
                                                                   :
                            Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the conference scheduled for this Thursday, April 24, 2025, will take place in **Courtroom 12A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The conference will **not** take place in Courtroom 20C, as originally planned.

**SO ORDERED.**

Date:  April 22, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**