UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                 :
                                            :       22-CR-572 (VEC)
       -against-                            :
                                            :       ORDER
  ELIAS VELAZQUEZ,                          :
                                            :
                         Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on April 23, 2025, Mr. Velazquez was indicted in *United States v. Velasquez*, 25-cr-00185 (S.D.N.Y.), which has been assigned to Judge Subramanian.

   IT IS HEREBY ORDERED that the conference scheduled for tomorrow, April 24, 2025, before the Undersigned is CANCELED.  This case will be reassigned to Judge Subramanian.

**SO ORDERED.**

Date:  April 23, 2025
       New York, NY

_____
VALERIE CAPRONI
United States District Judge