UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ELIAS VELASQUEZ,<br>                    Defendant. | 25-cr-185  (AS)<br>22-cr-572 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and VOSR proceeding with the Court on Friday, May 9, 2025 at 12:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 9, 2025
       New York, New York

                                              _____
                                              ARUN SUBRAMANIAN
                                              United States District Judge