UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Elias Velasquez,<br>　　　　　　　　Defendant. | 25-cr-185  (AS)<br>22-cr-572 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The Court will hold a hearing on a potential change in plea by the defendant on Thursday, December 4, 2025, at 11:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

　　SO ORDERED.

Dated: November 24, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge